**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:07CV275** |
| vs. | ) | **ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT** |
| **TODD MAGDALENO,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **HOLIDAY INN OMAHA,** | ) | |
| **Garnishee.** | ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment (Filing No. 11) of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Holiday Inn Omaha, the garnishee, and for good cause shown,

**IT IS ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Holiday Inn Omaha, whose address is 11515 Miracle Hills Dr., Omaha, NE 68154.

DATED this 19th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge