IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,  ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 8:07CV275 |
| ) | |
| Todd Magdaleno, ) | |
|     Defendant(s), ) | |
| ) | |
| and ) | |
| ) | |
| Magnolia Hotel, ) | |
|     Garnishee. ) | |

### ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Magnolia Hotel, the garnishee, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Magnolia Hotel, whose address is 1615 Howard St, Omaha, NE 68102.

DATED this 21st day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
U.S. MAGISTRATE JUDGE